UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HAMILTON, | ) | Case No. ED CV 09-2213 PA (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| S. WHITE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: August 31, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE